UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RODRIGUEZ-ZAPATA, ANTONIO ) | |
| ) | |
| ) | |
| v.                                                                          ) | C.A. No. B-04-004 |
| ) | |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT ) | DHS A No. 36 743 567 |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| and                                                                       ) | |
| JOHN ASHCROFT, ATTORNEY                              ) | |
| GENERAL OF THE UNITED STATES.                  ) | |

### DISCLOSURE OF INTEREST

I, Paula S. Waddle, on behalf of Petitioner, certify:

That I am now, and at all times hereinafter mentioned, more than 18 years of age. That the parties with financial interest in this case are as follows :

Mr. and Mrs. Antonio Rodriquez-Zapata
1914 Monaco Drive
Brownsville, Texas 78520

South Texas Immigration Council, a Texas non-profit corporation
107 No. 3rd
Harlingen,Tx  78550
Paula S. Waddle,Petitioner's Attorney is an employee of the Council

U.S. Department of Homeland Security, its officers and employees
P.O. Box 1711
Harllingen, Tezxas 78550

I certify under penalty of perjury the foregoing is true and correct.

Executed on  January 29, 2004.

*[signature]*

Paula S. Waddle, Attorney in Charge
SB No 26030400
Fed. I.D. No. 5674
107 N. 3rd, Harlingen,TX 78550
(956) 425.6987; 425.7434

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was sent certified mail return receipt requested to Ms. Lisa Putnam, SAUSA, INS District Office, at P.O. Box 1711, Harlingen, Texas 78550, on the 29th day of January, 2004.

*/s/ Paula S. Waddle*
Paula S. Waddle