AO 440 (Rev. 10/93) Summons in a Civil Action

B04CV004

| RETURN OF SERVICE | | United States District Court Southern District of Texas |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | FILED |
| NAME OF SERVER (PRINT) | TITLE | FEB 17 2004 |

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Certified receipt # 7002 0860 0004 8095 8472 received by John Ashcroft, Attorney General on 1/16/2004**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/10/2004
                Date

Signature of Server

SOUTH TEXAS IMMIGRATION COUNCIL, INC.
107 N. 3rd. St.
Harlingen, Texas 78550

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

ANTONIO RODRIGUEZ-ZAPATA

V.

PHILIP D. TUTAK, DHS INTERIM DISTRICT
DIRECTOR FOR INTERIOR ENFORCEMENT

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER: **B-04-004**

TO: (Name and address of Defendant)

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES
950 PENNSYLVANIA Ave. N.W.
WASHINGTON, D.C. 20530-001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAULA S. WADDLE
107 N. 3rd. St.
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK  _Rita Nieto_

(By) DEPUTY CLERK

DATE  _1-06-04_