AO 440 (Rev. 10/93) Summons in a Civil Action

B04-CV004

United States District Court
Southern District of Texas
FILED

FEB 17 2004

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE | |
|---|---|---|
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Certified receipt # 7002 0860 0004 8095 8434 received by Philip D. Tutak US CIS Interim Distict Director on 1/12/2004**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **2/10/2004**
        *Date*

*Signature of Server*

SOUTH TEXAS IMMIGRATION COUNCIL, INC.
107 N. 3rd. St
Harlingen, Texas 78550

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern **District of** Texas

ANTONIO RODRIGUEZ-ZAPATA

V.

PHILIP D. TUTAK, DHS INTERIM DISTRICT
DIRECTOR FOR INTERIOR ENFORCEMENT

JOHN ASHCROFT, ATTORNEY GENERAL
OF THE UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-04-004**

TO: (Name and address of Defendant)

PHILIP D. TUTAK, DHS INTERIM DISTRICT
DIRECTOR FOR INTERIOR ENFORCEMENT
1717 ZOY SY.
HARLINGEN, TEXAS 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAULA S. WADDLE
107 N. 3rd. St.
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

*Rita Nieto*

(By) DEPUTY CLERK

*1-06-04*

DATE