**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANTONIO RODRIGUEZ-ZAPATA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-004 |
| PHILLIP C. TUTAK, DHS Interim District | § | |
| Director for Interior Enforcement | § | |
| and JOHN ASHCROFT, | § | |
| ATTORNEY of the | § | |
| UNITED STATES | § | |
| | § | |
| Respondents. | § | |

## UNOPPOSED MOTION TO STAY REMOVAL

The issues raised by the Petitioner herein are identical or similar to those recently addressed in Salazar-Regino v. Trominski., No. CA B-02-045, and the cases that have been consolidated with it. Salazar-Regino, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of Salazar-Regino, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, the parties respectfully submit that pending a final decision in Salazar-Regino, 03-41492, the Court stay the enforcement of any final removal proceedings pending a final resolution of Salazar-Regino and the consolidated cases.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990
Federal I.D. No. 23180

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Stay Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

Ms. Paula S. Waddle
South Texas Immigration Council
107 N. 3rd
Harlingen, Texas 78550

on this the 18th day of March, 2004.

STEVEN T. SCHAMMEL
Assistant United States Attorney

Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ-ZAPATA, | § |
| | § |
|     Petitioner, | § |
| | § |
| v. | §    CIVIL ACTION NO. |
| | §    B-04-004 |
| PHILLIP C. TUTAK, DHS Interim District | § |
|     Director for Interior Enforcement | § |
|     and JOHN ASHCROFT, | § |
|     ATTORNEY of the | § |
|     UNITED STATES | § |
| | § |
|     Respondents. | § |

### ORDER

Upon consideration of the UNOPPOSED MOTION TO STAY REMOVAL, the Court finds that the Motion should be granted.

It is ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final decision in Salazar-Regino v. Trominski and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of Salazar-Regino v. Trominski and the consolidated cases.

Done this _____ day of _____, 2004, in Brownsville, Texas.


_____
Judge John William Black
United States District Judge