9

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 2 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ANTONIO RODRIGUEZ-ZAPATA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-004 |
| PHILLIP C. TUTAK, DHS Interim District | § | |
| Director for Interior Enforcement | § | |
| and JOHN ASHCROFT, | § | |
| ATTORNEY of the | § | |
| UNITED STATES | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Upon consideration of the Unopposed Motion to Hold in Abeyance, the Court finds that the

Motion should be granted.

It is therefore ORDERED that this case shall be held in abeyance (including motion and

pleading deadlines) pending a final decision in Salazar-Regino v. Trominski, No. 03-41492, and in

the consolidated cases.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final

decision in Salazar-Regino v. Trominski and the consolidated cases to file any additional pleadings

in this matter, as appropriate, in light of the final disposition of Salazar-Regino v. Trominski and the

consolidated cases.

Done this 23rd day of March , 2004, in Brownsville, Texas.

Felix Recio
United States Magistrate Judge

Page 4 of 4