IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO RODRIGUEZ-ZAPATA, § § Petitioner, § § v. § § PHILLIP C. TUTAK, DHS Interim District § Director for Interior Enforcement § and JOHN ASHCROFT, § ATTORNEY of the § UNITED STATES § § Respondents. § | CIVIL ACTION NO. B-04-004 |

## ORDER

Upon consideration of the UNOPPOSED MOTION TO STAY REMOVAL, the Court finds that the Motion should be granted.

It is ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final decision in Salazar-Regino v. Trominski and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of Salazar-Regino v. Trominski and the consolidated cases.

Done this 24th day of March, 2004, in Brownsville, Texas.

Felix Recio
United States District Judge