**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

ANTONIO RODRIGUEZ-ZAPATA                §
    Petitioner,                                          §
                                    §
v.                                                            §    CIVIL ACTION NO.
                                      §          B-04-4
PHILIP D. TUTAK, DHS INTERIM          §
    DISTRICT DIRECTOR FOR              §
    INTERIOR ENFORCEMENT,            §
    and                                                   §
JOHN ASHCROFT, ATTORNEY               §
    GENERAL OF THE                          §
    UNITED STATES                             §
    Respondents.                                   §

## ORDER TO TRANSFER

The Defendants' opposed motion to transfer is GRANTED. This case is transferred to the

United States Court of Appeals for the Fifth Circuit  pursuant to Pub. L. No. 109-13, 119 Stat. 231,

Section 106. The clerk shall transmit the file forthwith.

    Signed on _____, 2005.


                                                     _____
                                                     United States District Judge