Case 1:04-cv-00004   Document 14   Filed in TXSD on 06/21/2005   Page

United States District Court
Southern District of Texas
ENTERED

JUN 21 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RODRIGUEZ-ZAPATA, ANTONIO ) | |
| ) | |
| v.                                               ) | C.A. No. B-04-004 |
| ) | |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT ) | DHS A No. 36 743 567 |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| and                                              ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

### ORDER GRANTING GRANTING BRIEFING TIME

Upon consideration of the Petitioner's unopposed Motion for time to brief the impact and issues of the REAL ID Act on the instant case, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel shall brief the issues raised by the REAL ID Act as apply to this case within **thirty (30)** days from the date hereof, and that Respondents' counsel may file a response thereto within **twenty (20)** days of service of Petitioner's brief upon Respondents' counsel.

Dated: **June 21**, 2005.

_____
United States MAGISTRATE JUDGE