# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RODRIGUEZ-ZAPATA, ANTONIO** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. B-04-004** |
| | ) | |
| **PHILIP D. TUTAK, DHS INTERIM DISTRICT** | ) | **DHS A No. 36 743 567** |
| **DIRECTOR FOR INTERIOR ENFORCEMENT,** | ) | |
| **and** | ) | |
| **JOHN ASHCROFT, ATTORNEY** | ) | |
| **GENERAL OF THE UNITED STATES.** | | |

## ORDER  GRANTING WITHDRAWAL OF OPPOSITION

Upon consideration of the  Opposed Motion to Transfer in light of REAL ID Act, and the Petitioner's Counsel's Notice of  Withdrawal of  Opposition thereto, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel's Opposition to the Motion to Transfer is hereby withdrawn.

Dated:       _____, 2005.


_____
**United States District Judge**