


JUL 26 2005







United States District Court
Southern District of Texas
Office of The Clerk
600 E Harrison
Brownsville, Texas 78520

MICHAEL N. MILBY
CLERK OF COURT

RE: **CA B-04-004**

**Antonio Rodriguez-Zapata**
vs.
**Philip D. Tutak, et al**

Dear Sirs:

Enclosed is a certified copy of an order filed **July 25, 2005** transferring the above case to the U.S. Court of Appeals for the Fifth Circuit.

We are transmitting the entire original case file along with the certified copy of the transfer order and certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below, returning us a copy.

Yours very truly,
MICHAEL N. MILBY, CLERK

BY: ______________________
Rebecca Pinales, Deputy Clerk

cc: Counsel of Record

RECEIVED AND FILED UNDER CIVIL CASE NO. ______________________
ON ______________________.

CLERK, U.S. District Court

BY: ______________________
Deputy Clerk